**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:10-CR-586-JCM (LRL) |
| TERRANCE HENDERSON, | ) | |
| Defendant. | ) | |

**ORDER OF FORFEITURE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from TERRANCE HENDERSON a criminal forfeiture money judgment in the amount of $1,950.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 21, United States Code, Section 853(a)(1); and Title 21, Untied States Code, Section 853(p).

DATED this 16th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi Skillin, certify that the following individuals were served with copies of the Order of Forfeiture on February 13, 2012, by the below identified method of service:

Electronic Filing

Thomas A. Ericsson
Ellsworth, Moody, & Bennion, chtd.
7881 W. Charleston Blvd., Suite 210
Las Vegas, NV 89117
Email: tom@silverstatelaw.com
*Counsel for Terrance Henderson*

/s/HeidiLSkillin
HEIDI L. SKILLIN
Forfeiture Support Associates Clerk